IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WILLIE PACE, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-111 (HL) |
| | * |
| NATHAN CATO, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 3rd day of January, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk